FILED: February 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4858
(3:10-cr-00033-NKM-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ANTWAN LAMAR JACKSON, a/k/a Twan, a/k/a Mey-Mey

      Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Agee and Judge Keenan.

      For the Court

      /s/ Patricia S. Connor, Clerk